THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Dwayne Brown, Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court Judge
Unpublished Opinion No.  2008-UP-193
Submitted March 3, 2008  Filed March 18,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor D. Cleary, South Carolina Commission,
 of Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Edgar Lewis Clements,
 III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Dwayne Brown pled guilty to accessory
 after the fact of murder and accessory after the fact of armed robbery.  Brown
 was sentenced to fifteen years, suspended upon the service of ten years for
 both charges to run concurrently.  Pursuant to Anders v. California, 386
 U.S. 738 (1967), Browns counsel attached a petition to be relieved.  Brown did
 not file a pro se response.  After review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels petition
 to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, KITTREDGE,
 and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.